AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Ronald Allison,

          Plaintiff,

V.

L.V.M.P.D.,

          Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: **2:22-cv-00265-GMN-EJY**

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of Defendant L.V.M.P.D., and against Plaintiff Ronald Allison without Prejudice.
This matter is now closed.

4/19/2022
Date

DEBRA K. KEMPI
Clerk

/s/ K. Ferris
Deputy Clerk